# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SHARON CREEL,**

     **Plaintiff,**

**v.**                            **Case No.  8:05-cv-2251-T-30TBM**

**LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,**

     **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Respondent's Memorandum in Opposition to the Petition Pursuant to Rule 27 of the Federal Rules of Civil Procedure (Dkt. 8) and Petitioner's Response to the Same (Dkt. 9).  Upon review and consideration of the same, this Court finds that the Petition should be **DENIED**.

It is therefore ORDERED AND ADJUDGED that Petitioner's Petition Pursuant to Rule 27 of the Federal Rules of Civil Procedure is **DENIED**.  The Clerk is directed to deny as moot all pending motions and to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 26, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-2251 Rule 27 Petition.frm